| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>HELLRING LINDEMAN GOLDSTEIN<br>& SIEGAL LLP<br>Patricia A. Staiano, Esq.<br>Attorneys for Eric Perkins,<br>Chapter 7 Trustee<br>103 Eisenhower Parkway<br>Roseland, New Jersey 07068-1033<br>973.621.9020<br>pstaiano@hlgslaw.com | **Order Filed on October 19, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>GAUSS, LLC,<br><br>                              Debtor. | Case No. 23-10858-RG<br><br>Chapter 7 Proceeding<br><br>Honorable Rosemary Gambardella<br><br>Hearing Date: October 10, 2023<br>                    at 10:30 a.m. |

<u>ORDER DENYING MOTION TO DISMISS CASE</u>

The relief set forth on the following page numbered two (2) is hereby ORDERED.

**DATED: October 19, 2023**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor:    GAUSS, LLC,

Case No.:    23-10858-RG

ORDER DENYING MOTION TO DISMISS CASE

---

THIS MATTER, being opened to the Court by creditor Christine Koenig ("Koenig") seeking to seeking to dismiss this case as a bad faith filing pursuant to 11 U.S.C. §707(a); and Hellring Lindeman Goldstein & Siegal LLP, attorneys for Eric R. Perkins, Chapter 7 Trustee ("Trustee") for Gauss, LLC ("Debtor"), having filed opposition to that motion; and the Court having read and considered all of the papers submitted in support of and in opposition to said motion; and the Court having heard argument of counsel; ^For The Reasons Set Forth On The Record and other good and sufficient cause being shown, it is hereby

rg

ORDERED that Koenig's motion to dismiss this bankruptcy case be, and it hereby is, denied without prejudice.

394379